```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Donna McKee o.b.o. George
McKee,

      Plaintiff,

    v.                      Case No. 2:14-cv-609

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

ORDER

    This matter is before the court for consideration of the March 23, 2015, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed.

    The report and recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days "will result in a waiver of the right to have the district judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 21, p. 10.  The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court has reviewed the report and recommendation of the magistrate judge, and the court hereby adopts the report and recommendation (Doc. 21).  The decision of the Commissioner is affirmed, and this action is dismissed.  The clerk is directed to

enter judgment in favor of the Commissioner of Social Security.

It is so ordered.

Date: April 13, 2015                       s/James L. Graham
                                    James L. Graham
                                    United States District Judge